```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
FELICIA NICHOLS,                    :
                                    :
     Petitioner,                    :
                                    :
vs.                                 :  CIVIL ACTION 09-0349-WS-M
                                    :
EDWARD ELLINGTON,                   :
                                    :
     Respondent.                    :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 4th day of September, 2009.

s/WILLIAM H. STEELE<br>
UNITED STATES DISTRICT JUDGE